| Last | First | Position | Date | Shares | Price | Proceeds |
|------|-------|----------|------|--------|-------|----------|
| | | | 12/14/2007 | 1,200 | $89.30 | $107,160 |
| | | | 12/14/2007 | 800 | $89.23 | $71,384 |
| | | | 12/14/2007 | 500 | $89.22 | $44,610 |
| | | | 12/14/2007 | 413 | $89.03 | $36,769 |
| | | | | 502,962 | | $43,841,498 |
| | | | | | | |
| Feldman | Alan | SVP, Public | 9/4/2007 | 2,500 | $84.00 | $210,000 |
| | | Affairs | 11/2/2007 | 3,400 | $90.27 | $306,918 |
| | | | 11/2/2007 | 500 | $90.16 | $45,080 |
| | | | 11/2/2007 | 400 | $90.17 | $36,068 |
| | | | 11/2/2007 | 200 | $90.26 | $18,052 |
| | | | 11/2/2007 | 200 | $90.28 | $18,056 |
| | | | 11/2/2007 | 100 | $90.18 | $9,018 |
| | | | 11/2/2007 | 100 | $90.20 | $9,020 |
| | | | 11/2/2007 | 100 | $90.25 | $9,025 |
| | | | 5/12/2008 | 2,810 | $51.15 | $143,732 |
| | | | 5/12/2008 | 2,400 | $51.18 | $122,832 |
| | | | 5/12/2008 | 2,350 | $51.16 | $120,226 |
| | | | 5/12/2008 | 2,090 | $51.16 | $106,924 |
| | | | 5/12/2008 | 1,300 | $51.24 | $66,612 |
| | | | 5/12/2008 | 1,100 | $51.23 | $56,353 |
| | | | 5/12/2008 | 800 | $51.22 | $40,976 |
| | | | 5/12/2008 | 700 | $51.19 | $35,833 |
| | | | 5/12/2008 | 600 | $51.17 | $30,702 |
| | | | 5/12/2008 | 600 | $51.19 | $30,714 |
| | | | 5/12/2008 | 450 | $51.20 | $23,040 |
| | | | 5/12/2008 | 300 | $51.20 | $15,360 |
| | | | 5/12/2008 | 200 | $51.17 | $10,234 |
| | | | 5/12/2008 | 200 | $51.18 | $10,236 |
| | | | 5/12/2008 | 100 | $51.23 | $5,123 |
| | | | | 23,500 | | $1,480,134 |
| | | | | | | |
| Gebhardt | Bruce | SVP, Global | 6/7/2007 | 2,600 | $80.50 | $209,300 |
| | | Corporate | 6/7/2007 | 2,100 | $80.51 | $169,071 |
| | | Security | 6/7/2007 | 800 | $80.54 | $64,432 |
| | | | 6/7/2007 | 200 | $80.62 | $16,124 |
| | | | 6/7/2007 | 100 | $80.59 | $8,059 |
| | | | 6/7/2007 | 100 | $80.52 | $8,052 |
| | | | 6/7/2007 | 100 | $80.55 | $8,055 |
| | | | 11/7/2007 | 10,200 | $91.75 | $935,850 |
| | | | 11/7/2007 | 300 | $91.78 | $27,534 |
| | | | 11/7/2007 | 100 | $91.80 | $9,180 |
| | | | 11/7/2007 | 100 | $91.81 | $9,181 |
| | | | 11/7/2007 | 100 | $91.81 | $9,181 |
| | | | 11/7/2007 | 400 | $91.85 | $36,740 |
| | | | 11/13/2007 | 1,000 | $87.80 | $87,800 |

| Last | First | Position | Date | Shares | Price | Proceeds |
|------|-------|----------|------|--------|-------|----------|
| | | | 12/7/2007 | 7,800 | $91.75 | $715,650 |
| | | | | 26,000 | | $2,314,209 |
| | | | | | | |
| Herman | Alexis | Member of the | 12/14/2007 | 1,100 | $87.45 | $96,195 |
| | | Board | 12/14/2007 | 1,100 | $89.10 | $98,010 |
| | | | 12/14/2007 | 900 | $89.11 | $80,199 |
| | | | 12/14/2007 | 800 | $88.98 | $71,184 |
| | | | 12/14/2007 | 700 | $88.97 | $62,279 |
| | | | 12/14/2007 | 700 | $89.00 | $62,300 |
| | | | 12/14/2007 | 600 | $87.60 | $52,560 |
| | | | 12/14/2007 | 600 | $89.01 | $53,406 |
| | | | 12/14/2007 | 600 | $89.06 | $53,436 |
| | | | 12/14/2007 | 500 | $87.44 | $43,720 |
| | | | 12/14/2007 | 500 | $88.95 | $44,475 |
| | | | 12/14/2007 | 500 | $89.05 | $44,525 |
| | | | 12/14/2007 | 400 | $87.59 | $35,036 |
| | | | 12/14/2007 | 400 | $88.03 | $35,212 |
| | | | 12/14/2007 | 400 | $88.11 | $35,244 |
| | | | 12/14/2007 | 400 | $88.28 | $35,312 |
| | | | 12/14/2007 | 400 | $88.39 | $35,356 |
| | | | 12/14/2007 | 400 | $88.92 | $35,568 |
| | | | 12/14/2007 | 400 | $88.94 | $35,576 |
| | | | 12/14/2007 | 400 | $88.99 | $35,596 |
| | | | 12/14/2007 | 400 | $89.02 | $35,608 |
| | | | 12/14/2007 | 400 | $89.03 | $35,612 |
| | | | 12/14/2007 | 400 | $89.08 | $35,632 |
| | | | 12/14/2007 | 400 | $89.13 | $35,652 |
| | | | 12/14/2007 | 300 | $87.52 | $26,256 |
| | | | 12/14/2007 | 300 | $87.57 | $26,271 |
| | | | 12/14/2007 | 300 | $87.64 | $26,292 |
| | | | 12/14/2007 | 300 | $87.65 | $26,295 |
| | | | 12/14/2007 | 300 | $87.68 | $26,304 |
| | | | 12/14/2007 | 300 | $88.16 | $26,448 |
| | | | 12/14/2007 | 300 | $88.20 | $26,460 |
| | | | 12/14/2007 | 300 | $88.90 | $26,670 |
| | | | 12/14/2007 | 300 | $88.93 | $26,679 |
| | | | 12/14/2007 | 300 | $89.07 | $26,721 |
| | | | 12/14/2007 | 200 | $87.31 | $17,462 |
| | | | 12/14/2007 | 200 | $87.34 | $17,468 |
| | | | 12/14/2007 | 200 | $87.35 | $17,470 |
| | | | 12/14/2007 | 200 | $87.37 | $17,474 |
| | | | 12/14/2007 | 200 | $87.63 | $17,526 |
| | | | 12/14/2007 | 200 | $87.69 | $17,538 |
| | | | 12/14/2007 | 200 | $87.73 | $17,546 |
| | | | 12/14/2007 | 200 | $87.86 | $17,572 |
| | | | 12/14/2007 | 200 | $88.21 | $17,642 |
| | | | 12/14/2007 | 200 | $88.77 | $17,754 |

| Last | First | Position | Date | Shares | Price | Proceeds |
|------|-------|----------|------|--------|-------|----------|
| | | | 12/14/2007 | 200 | $89.04 | $17,808 |
| | | | 12/14/2007 | 100 | $87.53 | $8,753 |
| | | | 12/14/2007 | 100 | $87.54 | $8,754 |
| | | | 12/14/2007 | 100 | $87.55 | $8,755 |
| | | | 12/14/2007 | 100 | $87.58 | $8,758 |
| | | | 12/14/2007 | 100 | $87.61 | $8,761 |
| | | | 12/14/2007 | 100 | $87.71 | $8,771 |
| | | | 12/14/2007 | 100 | $87.85 | $8,785 |
| | | | 12/14/2007 | 100 | $88.10 | $8,810 |
| | | | 12/14/2007 | 100 | $88.45 | $8,845 |
| | | | 12/14/2007 | 100 | $88.47 | $8,847 |
| | | | 12/14/2007 | 100 | $88.83 | $8,883 |
| | | | 12/14/2007 | 100 | $88.96 | $8,896 |
| | | | | 19,800 | | $1,750,967 |
| | | | | | | |
| Jacobs | Gary | EVP, General | 8/24/2007 | 4,500 | $82.75 | $372,375 |
| | | Counsel, | 8/24/2007 | 3,800 | $82.90 | $315,020 |
| | | Secretary, | 8/24/2007 | 3,500 | $82.91 | $290,185 |
| | | Member of the | 8/24/2007 | 2,925 | $82.93 | $242,570 |
| | | Board | 8/24/2007 | 2,700 | $82.58 | $222,966 |
| | | | 8/24/2007 | 2,525 | $82.89 | $209,297 |
| | | | 8/24/2007 | 2,380 | $82.94 | $197,397 |
| | | | 8/24/2007 | 2,100 | $82.61 | $173,481 |
| | | | 8/24/2007 | 2,100 | $82.76 | $173,796 |
| | | | 8/24/2007 | 2,075 | $82.92 | $172,059 |
| | | | 8/24/2007 | 2,000 | $82.59 | $165,180 |
| | | | 8/24/2007 | 1,600 | $83.01 | $132,816 |
| | | | 8/24/2007 | 1,500 | $82.80 | $124,200 |
| | | | 8/24/2007 | 1,200 | $82.52 | $99,024 |
| | | | 8/24/2007 | 1,200 | $82.62 | $99,144 |
| | | | 8/24/2007 | 1,200 | $82.67 | $99,204 |
| | | | 8/24/2007 | 1,000 | $82.56 | $82,560 |
| | | | 8/24/2007 | 900 | $82.84 | $74,556 |
| | | | 8/24/2007 | 900 | $82.53 | $74,277 |
| | | | 8/24/2007 | 800 | $83.00 | $66,400 |
| | | | 8/24/2007 | 700 | $82.81 | $57,967 |
| | | | 8/24/2007 | 700 | $82.57 | $57,799 |
| | | | 8/24/2007 | 600 | $82.86 | $49,716 |
| | | | 8/24/2007 | 600 | $82.88 | $49,728 |
| | | | 8/24/2007 | 600 | $82.77 | $49,662 |
| | | | 8/24/2007 | 600 | $82.78 | $49,668 |
| | | | 8/24/2007 | 500 | $82.96 | $41,480 |
| | | | 8/24/2007 | 500 | $82.65 | $41,325 |
| | | | 8/24/2007 | 500 | $82.66 | $41,330 |
| | | | 8/24/2007 | 500 | $82.70 | $41,350 |
| | | | 8/24/2007 | 400 | $82.85 | $33,140 |
| | | | 8/24/2007 | 400 | $82.51 | $33,004 |

| Last | First | Position | Date | Shares | Price | Proceeds |
|------|-------|----------|------|--------|-------|----------|
| | | | 8/24/2007 | 400 | $82.71 | $33,084 |
| | | | 8/24/2007 | 300 | $82.79 | $24,837 |
| | | | 8/24/2007 | 300 | $82.82 | $24,846 |
| | | | 8/24/2007 | 300 | $83.04 | $24,912 |
| | | | 8/24/2007 | 300 | $82.50 | $24,750 |
| | | | 8/24/2007 | 200 | $82.95 | $16,590 |
| | | | 8/24/2007 | 200 | $82.68 | $16,536 |
| | | | 8/24/2007 | 200 | $82.71 | $16,542 |
| | | | 8/24/2007 | 100 | $82.98 | $8,298 |
| | | | 8/24/2007 | 100 | $82.53 | $8,253 |
| | | | 8/24/2007 | 75 | $82.83 | $6,212 |
| | | | 8/24/2007 | 20 | $82.97 | $1,659 |
| | | | 11/1/2007 | 4,500 | $90.70 | $408,150 |
| | | | 11/1/2007 | 3,900 | $90.60 | $353,340 |
| | | | 11/1/2007 | 3,700 | $90.77 | $335,849 |
| | | | 11/1/2007 | 3,000 | $90.80 | $272,400 |
| | | | 11/1/2007 | 2,500 | $90.70 | $226,750 |
| | | | 11/1/2007 | 2,100 | $90.82 | $190,722 |
| | | | 11/1/2007 | 2,000 | $90.90 | $181,800 |
| | | | 11/1/2007 | 1,900 | $90.68 | $172,292 |
| | | | 11/1/2007 | 1,700 | $90.76 | $154,292 |
| | | | 11/1/2007 | 1,600 | $90.62 | $144,992 |
| | | | 11/1/2007 | 1,570 | $90.61 | $142,258 |
| | | | 11/1/2007 | 1,400 | $90.51 | $126,714 |
| | | | 11/1/2007 | 900 | $90.54 | $81,486 |
| | | | 11/1/2007 | 900 | $90.55 | $81,495 |
| | | | 11/1/2007 | 800 | $90.96 | $72,768 |
| | | | 11/1/2007 | 800 | $90.56 | $72,448 |
| | | | 11/1/2007 | 750 | $90.72 | $68,040 |
| | | | 11/1/2007 | 700 | $90.31 | $63,217 |
| | | | 11/1/2007 | 600 | $90.91 | $54,546 |
| | | | 11/1/2007 | 600 | $90.95 | $54,570 |
| | | | 11/1/2007 | 600 | $90.98 | $54,588 |
| | | | 11/1/2007 | 600 | $90.32 | $54,192 |
| | | | 11/1/2007 | 600 | $90.45 | $54,270 |
| | | | 11/1/2007 | 600 | $90.47 | $54,282 |
| | | | 11/1/2007 | 600 | $90.50 | $54,300 |
| | | | 11/1/2007 | 600 | $90.52 | $54,312 |
| | | | 11/1/2007 | 600 | $90.53 | $54,318 |
| | | | 11/1/2007 | 500 | $90.78 | $45,390 |
| | | | 11/1/2007 | 500 | $90.99 | $45,495 |
| | | | 11/1/2007 | 500 | $91.15 | $45,575 |
| | | | 11/1/2007 | 500 | $90.30 | $45,150 |
| | | | 11/1/2007 | 400 | $90.83 | $36,332 |
| | | | 11/1/2007 | 400 | $90.84 | $36,336 |
| | | | 11/1/2007 | 400 | $90.95 | $36,380 |
| | | | 11/1/2007 | 400 | $90.41 | $36,164 |

| Last | First | Position | Date | Shares | Price | Proceeds |
|------|-------|----------|------|--------|-------|----------|
| | | | 11/1/2007 | 400 | $90.49 | $36,196 |
| | | | 11/1/2007 | 300 | $90.66 | $27,198 |
| | | | 11/1/2007 | 300 | $90.71 | $27,213 |
| | | | 11/1/2007 | 300 | $90.75 | $27,225 |
| | | | 11/1/2007 | 300 | $90.81 | $27,243 |
| | | | 11/1/2007 | 300 | $90.87 | $27,261 |
| | | | 11/1/2007 | 300 | $90.33 | $27,099 |
| | | | 11/1/2007 | 300 | $90.35 | $27,105 |
| | | | 11/1/2007 | 200 | $90.64 | $18,128 |
| | | | 11/1/2007 | 200 | $90.67 | $18,134 |
| | | | 11/1/2007 | 200 | $90.74 | $18,148 |
| | | | 11/1/2007 | 200 | $90.85 | $18,170 |
| | | | 11/1/2007 | 200 | $90.92 | $18,184 |
| | | | 11/1/2007 | 200 | $90.93 | $18,186 |
| | | | 11/1/2007 | 200 | $90.97 | $18,194 |
| | | | 11/1/2007 | 200 | $91.00 | $18,200 |
| | | | 11/1/2007 | 200 | $90.36 | $18,072 |
| | | | 11/1/2007 | 200 | $90.42 | $18,084 |
| | | | 11/1/2007 | 200 | $90.43 | $18,086 |
| | | | 11/1/2007 | 200 | $90.46 | $18,092 |
| | | | 11/1/2007 | 150 | $91.00 | $13,650 |
| | | | 11/1/2007 | 130 | $90.65 | $11,785 |
| | | | 11/1/2007 | 100 | $90.79 | $9,079 |
| | | | 11/1/2007 | 100 | $90.80 | $9,080 |
| | | | 11/1/2007 | 100 | $90.86 | $9,086 |
| | | | 11/1/2007 | 100 | $90.87 | $9,087 |
| | | | 11/1/2007 | 100 | $90.99 | $9,099 |
| | | | 11/1/2007 | 100 | $91.01 | $9,101 |
| | | | 11/1/2007 | 100 | $91.03 | $9,103 |
| | | | 11/1/2007 | 100 | $90.27 | $9,027 |
| | | | 11/1/2007 | 100 | $90.29 | $9,029 |
| | | | 11/1/2007 | 100 | $90.37 | $9,037 |
| | | | 11/1/2007 | 100 | $90.59 | $9,059 |
| | | | 12/7/2007 | 2,400 | $91.00 | $218,400 |
| | | | 12/7/2007 | 2,300 | $91.03 | $209,369 |
| | | | 12/7/2007 | 1,800 | $91.13 | $164,034 |
| | | | 12/7/2007 | 1,500 | $91.03 | $136,545 |
| | | | 12/7/2007 | 1,450 | $91.07 | $132,052 |
| | | | 12/7/2007 | 1,400 | $91.06 | $127,484 |
| | | | 12/7/2007 | 1,300 | $91.02 | $118,326 |
| | | | 12/7/2007 | 1,300 | $91.04 | $118,352 |
| | | | 12/7/2007 | 1,150 | $91.05 | $104,708 |
| | | | 12/7/2007 | 1,100 | $91.10 | $100,210 |
| | | | 12/7/2007 | 1,000 | $91.15 | $91,150 |
| | | | 12/7/2007 | 1,000 | $91.30 | $91,300 |
| | | | 12/7/2007 | 900 | $91.01 | $81,909 |
| | | | 12/7/2007 | 775 | $91.20 | $70,680 |

| Last | First | Position | Date | Shares | Price | Proceeds |
|------|-------|----------|------|--------|-------|----------|
| | | | 12/7/2007 | 700 | $91.09 | $63,763 |
| | | | 12/7/2007 | 600 | $91.08 | $54,648 |
| | | | 12/7/2007 | 600 | $91.28 | $54,768 |
| | | | 12/7/2007 | 500 | $91.27 | $45,635 |
| | | | 12/7/2007 | 400 | $91.16 | $36,464 |
| | | | 12/7/2007 | 300 | $91.22 | $27,366 |
| | | | 12/7/2007 | 300 | $91.24 | $27,372 |
| | | | 12/7/2007 | 300 | $91.29 | $27,387 |
| | | | 12/7/2007 | 200 | $91.11 | $18,222 |
| | | | 12/7/2007 | 200 | $91.20 | $18,240 |
| | | | 12/7/2007 | 200 | $91.25 | $18,250 |
| | | | 12/7/2007 | 200 | $91.32 | $18,264 |
| | | | 12/7/2007 | 200 | $91.33 | $18,266 |
| | | | 12/7/2007 | 200 | $91.35 | $18,270 |
| | | | 12/7/2007 | 100 | $91.06 | $9,106 |
| | | | 12/7/2007 | 100 | $91.12 | $9,112 |
| | | | 12/7/2007 | 100 | $91.15 | $9,115 |
| | | | 12/7/2007 | 100 | $91.23 | $9,123 |
| | | | 12/7/2007 | 100 | $91.26 | $9,126 |
| | | | 12/7/2007 | 100 | $91.31 | $9,131 |
| | | | 12/7/2007 | 100 | $91.40 | $9,140 |
| | | | 12/7/2007 | 25 | $91.21 | $2,280 |
| | | | 12/10/2007 | 4,900 | $92.48 | $453,152 |
| | | | 12/10/2007 | 4,400 | $92.56 | $407,264 |
| | | | 12/10/2007 | 4,100 | $92.49 | $379,209 |
| | | | 12/10/2007 | 2,619 | $92.50 | $242,258 |
| | | | 12/10/2007 | 2,081 | $92.51 | $192,513 |
| | | | 12/10/2007 | 1,600 | $92.53 | $148,048 |
| | | | 12/10/2007 | 1,100 | $92.52 | $101,772 |
| | | | 12/10/2007 | 1,100 | $92.56 | $101,816 |
| | | | 12/10/2007 | 900 | $92.45 | $83,205 |
| | | | 12/10/2007 | 900 | $92.54 | $83,286 |
| | | | 12/10/2007 | 800 | $92.58 | $74,064 |
| | | | 12/10/2007 | 300 | $92.55 | $27,765 |
| | | | 12/10/2007 | 200 | $92.57 | $18,514 |
| | | | | 150,000 | | $13,264,281 |
| | | | | | | |
| James | Phyllis | SVP, Senior | 8/6/2007 | 2,500 | $73.04 | $182,600 |
| | | Counsel | 8/6/2007 | 2,300 | $73.23 | $168,429 |
| | | | 8/6/2007 | 1,700 | $73.24 | $124,508 |
| | | | 8/6/2007 | 1,600 | $73.18 | $117,088 |
| | | | 8/6/2007 | 1,484 | $73.31 | $108,792 |
| | | | 8/6/2007 | 1,400 | $73.06 | $102,284 |
| | | | 8/6/2007 | 1,200 | $73.08 | $87,696 |
| | | | 8/6/2007 | 1,200 | $73.17 | $87,804 |
| | | | 8/6/2007 | 1,200 | $73.25 | $87,900 |
| | | | 8/6/2007 | 1,100 | $73.28 | $80,608 |

| Last | First | Position | Date | Shares | Price | Proceeds |
|------|-------|----------|------|--------|-------|----------|
| | | | 8/6/2007 | 1,000 | $73.15 | $73,150 |
| | | | 8/6/2007 | 1,000 | $73.20 | $73,200 |
| | | | 8/6/2007 | 1,000 | $73.22 | $73,220 |
| | | | 8/6/2007 | 1,000 | $73.30 | $73,300 |
| | | | 8/6/2007 | 965 | $73.32 | $70,754 |
| | | | 8/6/2007 | 900 | $73.18 | $65,862 |
| | | | 8/6/2007 | 900 | $73.21 | $65,889 |
| | | | 8/6/2007 | 800 | $73.38 | $58,704 |
| | | | 8/6/2007 | 600 | $73.21 | $43,926 |
| | | | 8/6/2007 | 600 | $73.34 | $44,004 |
| | | | 8/6/2007 | 600 | $73.35 | $44,010 |
| | | | 8/6/2007 | 500 | $73.07 | $36,535 |
| | | | 8/6/2007 | 500 | $73.11 | $36,555 |
| | | | 8/6/2007 | 500 | $73.12 | $36,560 |
| | | | 8/6/2007 | 400 | $73.29 | $29,316 |
| | | | 8/6/2007 | 400 | $73.31 | $29,324 |
| | | | 8/6/2007 | 300 | $73.12 | $21,936 |
| | | | 8/6/2007 | 300 | $73.32 | $21,996 |
| | | | 8/6/2007 | 200 | $73.16 | $14,632 |
| | | | 8/6/2007 | 200 | $73.17 | $14,634 |
| | | | 8/6/2007 | 200 | $73.26 | $14,652 |
| | | | 8/6/2007 | 200 | $73.28 | $14,656 |
| | | | 8/6/2007 | 200 | $73.33 | $14,666 |
| | | | 8/6/2007 | 200 | $73.36 | $14,672 |
| | | | 8/6/2007 | 200 | $73.40 | $14,680 |
| | | | 8/6/2007 | 200 | $73.46 | $14,692 |
| | | | 8/6/2007 | 135 | $73.14 | $9,874 |
| | | | 8/6/2007 | 100 | $73.05 | $7,305 |
| | | | 8/6/2007 | 100 | $73.10 | $7,310 |
| | | | 8/6/2007 | 100 | $73.11 | $7,311 |
| | | | 8/6/2007 | 100 | $73.19 | $7,319 |
| | | | 8/6/2007 | 100 | $73.20 | $7,320 |
| | | | 8/6/2007 | 100 | $73.31 | $7,331 |
| | | | 8/6/2007 | 100 | $73.35 | $7,335 |
| | | | 8/6/2007 | 100 | $73.47 | $7,347 |
| | | | 8/24/2007 | 2,500 | $83.73 | $209,325 |
| | | | 8/24/2007 | 900 | $83.75 | $75,375 |
| | | | 8/24/2007 | 600 | $83.74 | $50,244 |
| | | | 9/12/2007 | 9,500 | $84.00 | $798,000 |
| | | | 11/1/2007 | 7,500 | $91.50 | $686,250 |
| | | | 3/13/2008 | 5,000 | $63.00 | $315,000 |
| | | | 6/12/2008 | 3,400 | $41.76 | $141,984 |
| | | | 6/12/2008 | 900 | $41.77 | $37,593 |
| | | | 6/12/2008 | 400 | $41.83 | $16,732 |
| | | | 6/12/2008 | 300 | $41.82 | $12,546 |
| | | | 6/12/2008 | 200 | $41.79 | $8,358 |
| | | | 6/12/2008 | 100 | $41.78 | $4,178 |

| Last | First | Position | Date | Shares | Price | Proceeds |
|------|-------|----------|------|--------|-------|----------|
| | | | 6/12/2008 | 100 | $41.80 | $4,180 |
| | | | 6/12/2008 | 100 | $41.81 | $4,181 |
| | | | 8/7/2008 | 1,000 | $33.57 | $33,570 |
| | | | 8/7/2008 | 1,000 | $33.64 | $33,640 |
| | | | 8/7/2008 | 800 | $33.41 | $26,728 |
| | | | 8/7/2008 | 500 | $33.62 | $16,810 |
| | | | 8/7/2008 | 500 | $33.68 | $16,840 |
| | | | 8/7/2008 | 500 | $33.76 | $16,880 |
| | | | 8/7/2008 | 500 | $33.78 | $16,890 |
| | | | 8/7/2008 | 500 | $33.80 | $16,900 |
| | | | 8/7/2008 | 500 | $33.82 | $16,910 |
| | | | 8/7/2008 | 306 | $33.47 | $10,242 |
| | | | 8/7/2008 | 300 | $33.50 | $10,050 |
| | | | 8/7/2008 | 200 | $33.50 | $6,700 |
| | | | 8/7/2008 | 100 | $33.46 | $3,346 |
| | | | 8/7/2008 | 94 | $33.48 | $3,147 |
| | | | 8/29/2008 | 1,000 | $33.00 | $33,000 |
| | | | | 69,784 | | $4,857,285 |
| | | | | | | |
| Lanni | J. Terrence | Chairman of | 12/7/2007 | 5,400 | $91.58 | $494,532 |
| | | the Board, | 12/7/2007 | 5,000 | $91.88 | $459,400 |
| | | CEO | 12/7/2007 | 3,670 | $91.59 | $336,135 |
| | | | 12/7/2007 | 3,600 | $91.60 | $329,760 |
| | | | 12/7/2007 | 3,504 | $92.05 | $322,543 |
| | | | 12/7/2007 | 3,100 | $92.01 | $285,231 |
| | | | 12/7/2007 | 3,000 | $91.51 | $274,530 |
| | | | 12/7/2007 | 2,400 | $92.00 | $220,800 |
| | | | 12/7/2007 | 2,130 | $91.56 | $195,023 |
| | | | 12/7/2007 | 1,800 | $91.57 | $164,826 |
| | | | 12/7/2007 | 1,300 | $91.74 | $119,262 |
| | | | 12/7/2007 | 1,200 | $91.69 | $110,028 |
| | | | 12/7/2007 | 1,200 | $91.72 | $110,064 |
| | | | 12/7/2007 | 1,100 | $91.50 | $100,650 |
| | | | 12/7/2007 | 1,000 | $91.54 | $91,540 |
| | | | 12/7/2007 | 1,000 | $91.61 | $91,610 |
| | | | 12/7/2007 | 1,000 | $91.62 | $91,620 |
| | | | 12/7/2007 | 900 | $91.52 | $82,368 |
| | | | 12/7/2007 | 887 | $92.06 | $81,657 |
| | | | 12/7/2007 | 800 | $91.55 | $73,240 |
| | | | 12/7/2007 | 800 | $92.11 | $73,688 |
| | | | 12/7/2007 | 700 | $91.73 | $64,211 |
| | | | 12/7/2007 | 700 | $92.04 | $64,428 |
| | | | 12/7/2007 | 609 | $92.16 | $56,125 |
| | | | 12/7/2007 | 600 | $91.71 | $55,026 |
| | | | 12/7/2007 | 500 | $91.70 | $45,850 |
| | | | 12/7/2007 | 400 | $91.63 | $36,652 |
| | | | 12/7/2007 | 400 | $92.08 | $36,832 |

| Last | First | Position | Date | Shares | Price | Proceeds |
|------|-------|----------|------|--------|-------|----------|
| | | | 12/7/2007 | 300 | $91.53 | $27,459 |
| | | | 12/7/2007 | 300 | $91.68 | $27,504 |
| | | | 12/7/2007 | 300 | $92.02 | $27,606 |
| | | | 12/7/2007 | 300 | $92.03 | $27,609 |
| | | | 12/7/2007 | 100 | $91.64 | $9,164 |
| | | | | 50,000 | | $4,586,974 |
| | | | | | | |
| Mathur | Punam | SVP, | 8/29/2007 | 2,000 | $82.50 | $165,000 |
| | | Corporate | 2/27/2008 | 200 | $65.72 | $13,144 |
| | | Diversity and | 2/27/2008 | 200 | $65.90 | $13,180 |
| | | Community | 2/27/2008 | 200 | $65.92 | $13,184 |
| | | Affairs | 2/27/2008 | 200 | $65.95 | $13,190 |
| | | | 2/27/2008 | 200 | $65.96 | $13,192 |
| | | | 2/27/2008 | 200 | $65.98 | $13,196 |
| | | | 2/27/2008 | 200 | $66.02 | $13,204 |
| | | | 2/27/2008 | 200 | $66.13 | $13,226 |
| | | | 2/27/2008 | 200 | $66.09 | $13,218 |
| | | | 2/27/2008 | 200 | $66.21 | $13,242 |
| | | | 2/27/2008 | 200 | $66.23 | $13,246 |
| | | | 2/27/2008 | 100 | $65.79 | $6,579 |
| | | | 2/27/2008 | 100 | $65.80 | $6,580 |
| | | | 2/27/2008 | 100 | $66.37 | $6,637 |
| | | | 5/12/2008 | 2,500 | $50.50 | $126,250 |
| | | | 8/7/2008 | 500 | $31.96 | $15,980 |
| | | | 8/7/2008 | 500 | $31.90 | $15,950 |
| | | | 8/7/2008 | 500 | $31.88 | $15,940 |
| | | | 8/7/2008 | 500 | $31.93 | $15,965 |
| | | | 8/7/2008 | 500 | $31.85 | $15,925 |
| | | | 8/7/2008 | 400 | $31.76 | $12,704 |
| | | | 8/7/2008 | 100 | $31.83 | $3,183 |
| | | | | 10,000 | | $551,915 |
| | | | | | | |
| McKinney-James | Rose | Member of the | 8/24/2007 | 3,000 | $82.84 | $248,520 |
| | | Board | 9/11/2007 | 2,000 | $83.88 | $167,760 |
| | | | 12/4/2007 | 1,000 | $85.02 | $85,020 |
| | | | | 6,000 | | $501,300 |
| | | | | | | |
| Murren | James | President, | 9/4/2007 | 10,400 | $84.00 | $873,600 |
| | | COO, | 9/4/2007 | 8,200 | $83.90 | $687,980 |
| | | Member of the | 9/4/2007 | 5,700 | $84.20 | $479,940 |
| | | Board | 9/4/2007 | 5,400 | $84.05 | $453,870 |
| | | | 9/4/2007 | 5,300 | $83.91 | $444,723 |
| | | | 9/4/2007 | 4,900 | $84.30 | $413,070 |
| | | | 9/4/2007 | 4,600 | $83.93 | $386,078 |
| | | | 9/4/2007 | 4,300 | $84.11 | $361,673 |
| | | | 9/4/2007 | 3,900 | $84.06 | $327,834 |

| Last | First | Position | Date | Shares | Price | Proceeds |
|------|-------|----------|------|--------|-------|----------|
| | | | 9/4/2007 | 3,900 | $84.10 | $327,990 |
| | | | 9/4/2007 | 3,600 | $84.07 | $302,652 |
| | | | 9/4/2007 | 3,200 | $84.04 | $268,928 |
| | | | 9/4/2007 | 3,000 | $84.15 | $252,450 |
| | | | 9/4/2007 | 2,800 | $83.96 | $235,088 |
| | | | 9/4/2007 | 2,800 | $84.02 | $235,256 |
| | | | 9/4/2007 | 2,600 | $84.12 | $218,712 |
| | | | 9/4/2007 | 2,400 | $84.01 | $201,624 |
| | | | 9/4/2007 | 2,400 | $84.08 | $201,792 |
| | | | 9/4/2007 | 2,400 | $84.21 | $202,104 |
| | | | 9/4/2007 | 2,200 | $83.92 | $184,624 |
| | | | 9/4/2007 | 1,900 | $84.13 | $159,847 |
| | | | 9/4/2007 | 1,800 | $83.97 | $151,146 |
| | | | 9/4/2007 | 1,400 | $84.17 | $117,838 |
| | | | 9/4/2007 | 1,400 | $84.18 | $117,852 |
| | | | 9/4/2007 | 1,300 | $83.98 | $109,174 |
| | | | 9/4/2007 | 1,100 | $84.22 | $92,642 |
| | | | 9/4/2007 | 1,100 | $84.25 | $92,675 |
| | | | 9/4/2007 | 1,000 | $84.03 | $84,030 |
| | | | 9/4/2007 | 1,000 | $84.23 | $84,230 |
| | | | 9/4/2007 | 800 | $83.99 | $67,192 |
| | | | 9/4/2007 | 800 | $84.09 | $67,272 |
| | | | 9/4/2007 | 700 | $84.16 | $58,912 |
| | | | 9/4/2007 | 600 | $83.94 | $50,364 |
| | | | 9/4/2007 | 600 | $84.27 | $50,562 |
| | | | 9/4/2007 | 400 | $83.95 | $33,580 |
| | | | 9/4/2007 | 100 | $84.32 | $8,432 |
| | | | 11/2/2007 | 7,700 | $90.37 | $695,849 |
| | | | 11/2/2007 | 6,900 | $90.25 | $622,725 |
| | | | 11/2/2007 | 6,800 | $90.00 | $612,000 |
| | | | 11/2/2007 | 4,300 | $90.03 | $387,129 |
| | | | 11/2/2007 | 3,900 | $90.38 | $352,482 |
| | | | 11/2/2007 | 2,600 | $90.02 | $234,052 |
| | | | 11/2/2007 | 2,500 | $90.40 | $226,000 |
| | | | 11/2/2007 | 1,900 | $90.24 | $171,456 |
| | | | 11/2/2007 | 1,200 | $90.35 | $108,420 |
| | | | 11/2/2007 | 1,000 | $90.26 | $90,260 |
| | | | 11/2/2007 | 1,000 | $90.36 | $90,360 |
| | | | 11/2/2007 | 1,000 | $90.47 | $90,470 |
| | | | 11/2/2007 | 900 | $90.42 | $81,378 |
| | | | 11/2/2007 | 800 | $90.29 | $72,232 |
| | | | 11/2/2007 | 800 | $90.39 | $72,312 |
| | | | 11/2/2007 | 700 | $90.06 | $63,042 |
| | | | 11/2/2007 | 700 | $90.19 | $63,133 |
| | | | 11/2/2007 | 700 | $90.41 | $63,287 |
| | | | 11/2/2007 | 700 | $90.45 | $63,315 |
| | | | 11/2/2007 | 600 | $90.09 | $54,054 |

| Last | First | Position | Date | Shares | Price | Proceeds |
|------|-------|----------|------|--------|-------|----------|
| | | | 11/2/2007 | 600 | $90.08 | $54,048 |
| | | | 11/2/2007 | 500 | $90.32 | $45,160 |
| | | | 11/2/2007 | 400 | $90.23 | $36,092 |
| | | | 11/2/2007 | 400 | $90.28 | $36,112 |
| | | | 11/2/2007 | 300 | $90.01 | $27,003 |
| | | | 11/2/2007 | 300 | $90.07 | $27,021 |
| | | | 11/2/2007 | 200 | $90.18 | $18,036 |
| | | | 11/2/2007 | 200 | $90.20 | $18,040 |
| | | | 11/2/2007 | 100 | $90.04 | $9,004 |
| | | | 11/2/2007 | 100 | $90.17 | $9,017 |
| | | | 11/2/2007 | 100 | $90.21 | $9,021 |
| | | | 11/2/2007 | 100 | $90.44 | $9,044 |
| | | | 12/6/2007 | 4,300 | $91.45 | $393,235 |
| | | | 12/6/2007 | 3,900 | $91.49 | $356,811 |
| | | | 12/6/2007 | 3,622 | $90.81 | $328,914 |
| | | | 12/6/2007 | 2,700 | $90.69 | $244,863 |
| | | | 12/6/2007 | 2,400 | $91.50 | $219,600 |
| | | | 12/6/2007 | 2,178 | $90.80 | $197,762 |
| | | | 12/6/2007 | 2,100 | $90.83 | $190,743 |
| | | | 12/6/2007 | 1,900 | $90.75 | $172,425 |
| | | | 12/6/2007 | 1,700 | $90.77 | $154,309 |
| | | | 12/6/2007 | 1,600 | $90.71 | $145,136 |
| | | | 12/6/2007 | 1,600 | $90.72 | $145,152 |
| | | | 12/6/2007 | 1,600 | $91.51 | $146,416 |
| | | | 12/6/2007 | 1,500 | $91.01 | $136,515 |
| | | | 12/6/2007 | 1,500 | $91.46 | $137,190 |
| | | | 12/6/2007 | 1,400 | $90.88 | $127,232 |
| | | | 12/6/2007 | 1,400 | $91.48 | $128,072 |
| | | | 12/6/2007 | 1,300 | $90.56 | $117,728 |
| | | | 12/6/2007 | 1,300 | $90.86 | $118,118 |
| | | | 12/6/2007 | 1,200 | $91.47 | $109,764 |
| | | | 12/6/2007 | 1,100 | $91.05 | $100,155 |
| | | | 12/6/2007 | 1,000 | $90.85 | $90,850 |
| | | | 12/6/2007 | 900 | $90.82 | $81,738 |
| | | | 12/6/2007 | 700 | $90.84 | $63,588 |
| | | | 12/6/2007 | 600 | $90.79 | $54,474 |
| | | | 12/6/2007 | 600 | $91.43 | $54,858 |
| | | | 12/6/2007 | 600 | $91.52 | $54,912 |
| | | | 12/6/2007 | 600 | $91.54 | $54,924 |
| | | | 12/6/2007 | 500 | $90.87 | $45,435 |
| | | | 12/6/2007 | 400 | $90.78 | $36,312 |
| | | | 12/6/2007 | 400 | $90.91 | $36,364 |
| | | | 12/6/2007 | 400 | $90.94 | $36,376 |
| | | | 12/6/2007 | 400 | $91.02 | $36,408 |
| | | | 12/6/2007 | 400 | $91.12 | $36,448 |
| | | | 12/6/2007 | 300 | $90.57 | $27,171 |
| | | | 12/6/2007 | 300 | $91.53 | $27,459 |

| Last | First | Position | Date | Shares | Price | Proceeds |
|------|-------|----------|------|--------|-------|----------|
| | | | 12/6/2007 | 300 | $91.61 | $27,483 |
| | | | 12/6/2007 | 200 | $90.70 | $18,140 |
| | | | 12/6/2007 | 200 | $90.73 | $18,146 |
| | | | 12/6/2007 | 200 | $91.57 | $18,314 |
| | | | 12/6/2007 | 200 | $91.58 | $18,316 |
| | | | 12/6/2007 | 100 | $90.58 | $9,058 |
| | | | 12/6/2007 | 100 | $90.66 | $9,066 |
| | | | 12/6/2007 | 100 | $90.67 | $9,067 |
| | | | 12/6/2007 | 100 | $90.92 | $9,092 |
| | | | 12/6/2007 | 100 | $91.56 | $9,156 |
| | | | | 200,000 | | $17,470,585 |
| | | | | | | |
| Wright | Bryan | SVP, | 8/24/2007 | 800 | $83.51 | $66,808 |
| | | Assistant | 8/24/2007 | 700 | $83.46 | $58,422 |
| | | General | 8/24/2007 | 600 | $83.56 | $50,136 |
| | | Counsel | 8/24/2007 | 500 | $83.59 | $41,795 |
| | | | 8/24/2007 | 400 | $83.35 | $33,340 |
| | | | 8/24/2007 | 300 | $83.55 | $25,065 |
| | | | 8/24/2007 | 200 | $83.53 | $16,706 |
| | | | 8/24/2007 | 200 | $83.64 | $16,728 |
| | | | 8/24/2007 | 100 | $83.57 | $8,357 |
| | | | 8/24/2007 | 100 | $83.58 | $8,358 |
| | | | 8/24/2007 | 100 | $83.63 | $8,363 |
| | | | | 4,000 | | $334,078 |
| | | | | | | |
| | | | | 1,062,046 | | $90,953,225 |

156.   Moreover, these sales were relatively substantial in comparison to the insiders'
respective prior trading histories, as well as the number of shares that the insiders retained after the
sales.

## Applicability of Presumption of Reliance:
## Fraud on the Market Doctrine

157.   At all relevant times, the market for MGM's common stock was an efficient market
for the following reasons, among others:

(a)   MGM stock met the requirements for listing, and was listed and actively
traded on the NYSE, a highly efficient and automated market;

(b)     As a regulated issuer, MGM filed periodic public reports with the SEC and the NYSE;

(c)     MGM regularly communicated with public investors via established market communication mechanisms, including through regular disseminations of press releases on the national circuits of major newswire services and through other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services; and

(d)     MGM was followed by securities analysts employed by major brokerage firms who wrote reports that were distributed to the sales force and certain customers of their respective brokerage firms. Each of these reports was publicly available and entered the public marketplace.

158.    As a result of the foregoing, the market for MGM's common stock promptly digested current information regarding MGM from all publicly available sources and reflected such information in MGM's stock price. Under these circumstances, all purchasers of MGM's common stock during the Class Period suffered similar injury through their purchase of MGM's common stock at artificially inflated prices and a presumption of reliance applies.

## NO SAFE HARBOR

159.    The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the allegedly false statements pleaded in this complaint. Many of the specific statements pleaded herein were not identified as "forward-looking statements" when made. To the extent there were any forward-looking statements, there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements. Alternatively, to the extent that the statutory safe harbor does apply to any forward-looking statements pleaded herein, Defendants are

liable for those false forward-looking statements because at the time each of those forward-looking statements was made, the particular speaker knew that the particular forward-looking statement was false, and/or the forward-looking statement was authorized and/or approved by an executive officer of MGM who knew that those statements were false when made.

## COUNT I

### Violation of Section 10(b) of the Exchange Act and Rule 10b-5 Against All Defendants

160. Plaintiff repeats and realleges each and every allegation above as if fully set forth herein.

161. During the Class Period, Defendants disseminated or approved the materially false and misleading statements specified above, which they knew or deliberately disregarded were misleading in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

162. Defendants: (a) employed devices, schemes, and artifices to defraud; (b) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (c) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of the Company's common stock during the Class Period.

163. Plaintiff and the Class have suffered damages in that, in reliance on the integrity of the market, they paid artificially inflated prices for MGM common stock. Plaintiff and the Class would not have purchased MGM common stock at the prices they paid, or at all, if they had been aware that the market prices had been artificially and falsely inflated by Defendants' misleading statements.

164. As a direct and proximate result of these Defendants' wrongful conduct, Plaintiff and the other members of the Class suffered damages in connection with their purchases of MGM common stock during the Class Period.

## COUNT II

### Violation of Section 20(a) of the Exchange Act
### Against the Individual Defendants

165. Plaintiff repeats and realleges each and every allegation above as if fully set forth herein.

166. The Individual Defendants acted as controlling persons of MGM within the meaning of Section 20(a) of the Exchange Act as alleged herein. By reason of their positions as officers and/or directors of MGM, and their ownership of MGM stock, the Individual Defendants had the power and authority to cause MGM to engage in the wrongful conduct complained of herein.

167. By reason of such conduct, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act.

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

A. Determining that this action is a proper class action, designating Plaintiff as Lead Plaintiff and certifying Plaintiff as a class representative under Rule 23 of the Federal Rules of Civil Procedure and Plaintiff's counsel as Lead Counsel;

B. Awarding compensatory damages in favor of Plaintiff and the other Class members against all Defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

C. Awarding Plaintiff and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

D.     Awarding such other and further relief as the Court may deem just and proper.

## JURY TRIAL DEMANDED

Plaintiff hereby demands a trial by jury on all claims and issues so triable.

Respectfully submitted this ___ day of August, 2009.

/s/ Ross C. Goodman

**Ross C. Goodman, Esq., Nevada State Bar No. 7722**
**GOODMAN LAW GROUP**
520 South Fourth Street
Las Vegas, Nevada 89101
(702) 383-5088
(702) 385-5088 (Facsimile)

**Samuel H. Rudman, Esq. New York State Bar No. SR7957**
**David Rosenfeld, Esq., New York State Bar No. DR7564**
**Joseph Russello, Esq., New York State Bar No. JR2041**
**COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP**
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100
(631) 367-1173 (Facsimile)

**Jack G. Fruchter, Esq., New York State Bar No. JF8435**
**ABRAHAM FRUCHTER & TWERSKY, LLP**
One Penn Plaza, Suite 2805
New York, NY 10119
(212) 279-5050
(212) 279-3655 (Facsimile)

## ATTORNEYS FOR PLAINTIFF