LEE A. DRIZIN, ESQ.
Nevada Bar No. 4971
**LEE A. DRIZIN, CHTD.**
2460 Professional Court, Ste. 110
Las Vegas, NV 89128
(702) 798-4955   FAX (702) 798-5955
lee@leedrizin.com

[Proposed] Liaison Counsel

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT LOWINGER, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MGM MIRAGE, J. TERRENCE LANNI, JAMES J. MURREN, DANIEL J. D'ARRIGO, and ROBERT H. BALDWIN,<br><br>Defendants. | CASE NO. 2:09-cv-1558-RCJ-LRL<br><br>**CLASS ACTION** |
| KHACHATUR HOVHANNISYAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MGM MIRAGE, J. TERRENCE LANNI, JAMES J. MURREN, DANIEL J. D'ARRIGO, and ROBERT H. BALDWIN,<br><br>Defendants. | Case 2:09-cv-2011-LRH-RJJ<br><br>**CLASS ACTION** |

**JAMES VIDRINE'S MOTION FOR CONSOLIDATION AND FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVING HIS SELECTION OF PLAINTIFFS' CO-LEAD COUNSEL AND PLAINTIFFS' LIAISON COUNSEL**

1     PLEASE TAKE NOTICE that class member, James Vidrine ("Movant"), by his counsel, hereby moves this Court for an Order (attached hereto as Exhibit A): (i) consolidating the above-captioned actions (the "Related Actions") pursuant to Fed. R. Civ. P. 42(a); (ii) appointing him as Lead Plaintiff in this action pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934 and 15 U.S.C. §78u-4(a); (iii) approving his choice of The Brualdi Law Firm, P.C. and Weiss & Lurie as Plaintiffs' Co-Lead Counsel, and Lee Drizin as Plaintiffs' Liaison Counsel and (iv) granting such other and further relief as the Court may deem just and proper.

    This motion is made on the grounds that (1) the Related Actions involve common questions of law and fact and consolidation would avoid unnecessary delay; and (2) Movant is the "most adequate plaintiff" pursuant to the Exchange Act. *See* 15 U.S.C. §78u-4(a)(3)(B). In addition, Movant meets the requirements of Fed. R. Civ. P. 23(a) because his claims are typical of the class members' claims and because he will fairly and adequately represent the class. Further, Movant has selected and retained counsel with substantial experience in prosecuting securities fraud class actions to serve as Counsel.

    In support of this Motion, Movant submits herewith a Memorandum of Law in Support and Declaration of Lee Drizin.

Dated: October 19, 2009          LEE A. DRIZIN, CHTD.

                                            By /s/ Lee A. Drizin
                                                 Lee A. Drizin
                                          Nevada Bar No. 4971
                                          LEE A. DRIZIN, CHTD.
                                          2460 Professional Court, Suite 110
                                          Las Vegas, NV  89128
                                          Telephone: (702) 798-4955
                                          Facsimile: (702) 798-5955
                                          lee@leedrizin.com

                                          [Proposed] Liaison Counsel for Plaintiffs

**OF COUNSEL**

**THE BRUALDI LAW FIRM, P.C.**
Richard B. Brualdi
Sue Lee
29 Broadway, 24th Floor
New York, NY 10006
Tel: (212) 952-0602
Fax: (212) 952-0608
Attorneys for Class Member James Vidrine

**WEISS & LURIE**
Jordan L. Lurie
Leigh A. Parker
10940 Wilshire Boulevard, 23rd Floor
Los Angeles, CA 90024
Tel: (310) 208-2800
Fax: (310) 209-2348

[Proposed] Co-Lead Counsel for Plaintiffs