LEE A. DRIZIN, ESQ.
Nevada Bar No. 4971
**LEE A. DRIZIN, CHTD.**
2460 Professional Court, Ste. 110
Las Vegas, NV 89128
(702) 798-4955   FAX (702) 798-5955
lee@leedrizin.com

[Proposed] Liaison Counsel

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT LOWINGER, on Behalf of Himself and All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>vs.<br><br>MGM MIRAGE, J. TERRENCE LANNI, JAMES J. MURREN, DANIEL J. D'ARRIGO, and ROBERT H. BALDWIN,<br><br>                              Defendants. | CASE NO. 2:09-cv-1558-RCJ-LRL<br><br>**CLASS ACTION** |
| KHACHATUR HOVHANNISYAN, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>vs.<br><br>MGM MIRAGE, J. TERRENCE LANNI, JAMES J. MURREN, DANIEL J. D'ARRIGO, and ROBERT H. BALDWIN,<br><br>                              Defendants. | Case 2:09-cv-2011-LRH-RJJ<br><br>**CLASS ACTION** |

## [PROPOSED] ORDER CONSOLIDATING CASES

Having considered the Motion of James Vidrine for Consolidation and for Appointment of Lead Plaintiff, Plaintiffs' Co-Lead Counsel and Plaintiffs' Liaison Counsel, and the Memorandum of Law and Declaration of Lee Drizin in support thereof, and all other documents on file with the Court, and good cause appearing therefor:

1.   The following cases are hereby consolidated for all purposes pursuant to Rule 42(a) of the Federal Rules of Civil Procedure before the Honorable Robert C. Jones:

| CASE NAME | CASE NO. | DATE FILED |
| --- | --- | --- |
| *Lowinger v. MGM Mirage, et al.* | 09-CV-1558-RCJ-LRL | Aug. 08, 2009 |
| *Hovhannisyan v. MGM Mirage, et al.* | 09-CV-2011-LRH-RJJ | Oct. 15, 2009 |

2.   These actions shall be referred to herein as the "Consolidated Action." This order (the "Order") shall apply to the Consolidated Action and to each case that is subsequently filed in this Court or transferred to this Court that relates to the same matter as the Consolidated Action.

3.   The caption of the Consolidated Action shall be *"In re MGM Mirage Securities Litigation."* Any other action now pending or hereafter filed in this District as a class action on behalf of purchasers and other acquirers of the common stock of MGM Mirage, which arises out of the same facts as alleged in the Consolidated Action, shall be consolidated for all purposes as soon as it is brought to the Court's attention.

4.   Every pleading in this proceeding or in any separate action included herein shall bear the following caption:

/ / /

/ / /

/ / /

/ / /

/ / /

1

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

IN RE MGM MIRAGE                    )        CASE NO.  09-cv-1558-RCJ-LRL
SECURITIES LITIGATION              )
_____    )
                                   )
This Document Relates To:          )
                                   )
_____    )

5.    When a pleading is intended to be applicable to all actions to which this Order is applicable, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption set out above.  When a pleading is intended to be applicable only to some, but not all, of such actions, the Court's docket number for each individual action to which the paper is intended to be applicable and the last name of the plaintiff in said action shall appear after the words "This Document Relates To:" in the caption set out above.

6.    When a case that relates to the same subject matter of the Consolidated Action is hereafter filed in this Court or transferred from another court, the Clerk of this Court shall:

a.    File a copy of this Order in the separate file for such action;

b.    Mail a copy of the Order to counsel for the plaintiff(s) in the newly-filed case; and

c.    Make the appropriate entry in the Master Docket for the Consolidated Action.

7.    The Court requests the assistance of counsel in calling to the attention of the Clerk of this Court the filing or transfer of any case that might properly be consolidated as a part of *In re MGM Mirage Securities Litigation.*

/ / /

2

8. This Order shall apply to each case subsequently filed in this Court or transferred to this Court, unless a party objecting to the consolidation of such case or to any other provision of this Order filed, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application.

9. Lead Plaintiff for the Class in this Consolidated Action shall serve upon defendants a single amended class action complaint (the "Complaint"). The Complaint shall be served within sixty (60) days of the entry of an order appointing Lead Plaintiff and Lead Counsel in this Consolidated Action, or such time as may be mutually agreed upon by the parties. The Complaint shall supersede all existing complaints filed in the Action. Defendants shall answer, move or otherwise respond to the Complaint within forty-five (45) days after service on them, or such other time as may be mutually agreed upon by the parties. In the event that defendants move to dismiss the Complaint, plaintiffs shall have forty-five (45) days or such other time as may be mutually agreed upon by the parties to respond to such motion.

IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

3