GOODMAN LAW GROUP
ROSS C. GOODMAN (Nevada Bar #7722)
520 South Fourth Street, 2nd Floor
Las Vegas, NV  89101
Telephone:  702/383-5088
702-385-5088 (fax)

[Proposed] Liaison Counsel

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
ARTHUR C. LEAHY
BRIAN O. O'MARA (Nevada Bar #8214)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re MGM MIRAGE SECURITIES LITIGATION | ) No. 2:09-cv-01558-RCJ-LRL </br> ) </br> ) __CLASS ACTION__ </br> ) |
| This Document Relates To: </br> </br> ALL ACTIONS. | ) NOTICE OF FIRM NAME CHANGE </br> ) </br> ) </br> ) |

510480_1

TO: THE CLERK OF THE COURT AND ALL PARTIES

PLEASE TAKE NOTICE that effective March 31, 2010, the law firm of Coughlin Stoia Geller Rudman & Robbins LLP will change its name to **Robbins Geller Rudman & Dowd LLP** (the "Firm"). The Firm's website and e-mail addresses will change to **rgrdlaw.com**.

The telephone and facsimile numbers will remain the same. Please revise your records accordingly.

DATED: March 22, 2010         COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
ARTHUR C. LEAHY
BRIAN O'MARA

      /s/ BRIAN O'MARA
BRIAN O'MARA

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiffs

GOODMAN LAW GROUP
ROSS C. GOODMAN
520 South Fourth Street, 2nd Floor
Las Vegas, NV  89101
Telephone:  702/383-5088
702/385-5088 (fax)

[Proposed] Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 22, 2010.

/s/ BRIAN O. O'MARA
BRIAN O. O'MARA

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:  bomara@csgrr.com

510480_1

# Mailing Information for a Case 2:09-cv-01558-RCJ-LRL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  rabadou@btkmc.com,knguyen@btkmc.com

- **Ze'eva K Banks**
  zkbanks@chitwoodlaw.com

- **Gregory L. Coburn**
  lcoburn@glaserweil.com,kpaniagua@glaserweil.com,sgizer@glaserweil.com

- **Curtis B. Coulter**
  irene@coulterlaw.net,ccoulter@coulterlaw.net

- **Charles C. Diaz**
  diazlaw@sbcglobal.net

- **Lee A. Drizin**
  lee@leedrizin.com,brittany@leedrizin.com

- **Ross C Goodman**
  ross@goodmanlawgroup.com,mary@goodmanlawgroup.com

- **Griffith H Hayes**
  mtuer@cookseylaw.com,hrainey@cookseylaw.com

- **Robert W. Killorin**
  rkillorin@chitwoodlaw.com

- **Brian O. O'Mara**
  bomara@csgrr.com,risac@csgrr.com,e_file_sd@csgrr.com

- **David C OMara**
  david@omaralaw.net,val@omaralaw.net

- **Erik Peterson**
  epeterson@btkmc.com

- **Samuel H. Rudman**
  srudman@csgrr.com

- **Joseph Russello**
  jrussello@csgrr.com

- **M Nelson Segel**

  nelson@nelsonsegellaw.com,nelson@nelsonsegellaw.com,diana@nelsonsegellaw.com

- **James M Wilson**
  jwilson@chitwoodlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Jeffrey S. Abraham
.
60 East 42nd Street
47th Floor
New York, NY 10165-

Jack G. Fruchter
.
One Penn Plaza
Suite 2805
New York, NY 10119

David A. Rosenfeld
Cauley Geller Bowman & Rudman, LLP
58 South Service Road
Suite 200
Melville, NY 11747
```