# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

In re MGM Mirage Securities Litigation )   Case # 2:09-CV-1558-GMN-LRL
                                        )
            Plaintiff,                  )
                                        )
    vs.                                 )   **VERIFIED PETITION FOR**
                                        )   **PERMISSION TO PRACTICE**
                                        )   **IN THIS CASE ONLY BY**
                                        )   **ATTORNEY NOT ADMITTED**
                                        )   **TO THE BAR OF THIS COURT**
                                        )   **AND DESIGNATION OF**
                                        )   **LOCAL COUNSEL**
                                        )
            Defendant(s).               )   EFFECTIVE JUNE 1, 2004
                                        )   FILING FEE IS $175.00

_____Glenn K. Vanzura_____, Petitioner, respectfully represents to the Court:

1. That Petitioner resides at _____Los Angeles_____.
                                      (city)

   ___Los Angeles___, _____California_____.
      (county)              (state)

2. That Petitioner is an attorney at law and a member of the law firm of

   _____Irell & Manella LLP_____ with offices at

   _____1800 Avenue of the Stars, Suite 900_____,

   __Los Angeles__, (street address) __90067__, __(310) 277-1010__.
      (city)                          (zip code)   (area code + telephone number)

   __GVanzura@irell.com__.
   *(Email address)*

3. That Petitioner has been retained personally or as a member of the law firm by _____Robert H. Baldwin, et. al._____ to provide legal representation in connection with
[client(s)]
the above-entitled case now pending before this Court.

4. That since ____11/29/2005____, Petitioner has been and presently is a member
(date)
in good standing of the bar of the highest Court of the State of _____California_____
(state)
where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | *Bar Number* |
|---|---|---|
| State Bar of California | November 2005 | 238057 |
| USDC-Southern District of California | May 2006 | |
| USDC-Central District of California | July 2006 | |
| US Court of Appeals, Ninth Circuit | June 2010 | |
| | | |
| | | |
| | | |

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

N/A

2

7. Has Petitioner ever been denied admission to the State Bar of Nevada?. (If yes, give particulars of every denied admission):

No.

8. That Petitioner is a member of good standing in the following Bar Associations:

N/A

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 06/11/2010--present | Adv.No. S-10-01168-lbr | USB -- Dist. of Nev. | Granted |
| 04/25/08-present | BK-N-08-13403 | USB -- Dist. of Nev. | Granted |
| 08/27/08-present | BK-N-08-17814-lbr | USB -- Dist. of Nev. | Granted |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

1   That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2   FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's Signature

STATE OF ____California____ )
COUNTY OF ____Los Angeles____ )

____Glenn K. Vanzura____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to before me this

_____ day of _____, _____    SEE ATTACHED CALIF.
                                          JURAT WITH AFFIANT
                                          STATEMENT       ~~~ 3-30-11

_____
Notary public or Clerk of Court

## DESIGNATION OF RESIDENT ATTORNEY
## ADMITTED TO THE BAR OF THIS COURT
## AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Steve Morris____, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is:

900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101  (702) 474-9433

(Street, City, State, Zip Code and Telephone No.)

4

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoints _____Steve Morris_____ as his/her/their Designated Resident Nevada Counsel in this case.

_____*Phyllis A. James*_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____*[signature]*_____  1543
Designated Resident Nevada Counsel's Signature   Bar number

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev 07/06

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**  GOVERNMENT CODE § 8202

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

_____     _____
Signature of Document Signer No. 1     Signature of Document Signer No. 2 (if any)

State of California
County of  LOS ANGELES

Subscribed and sworn to (or affirmed) before me on this  30  day of  March , 20 11 ,
by
(1) Glenn K. Vanzura ,
    Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) (,)

~~(and~~

(2) _____ ,
    Name of Signer

~~proved to me on the basis of satisfactory evidence to be the person who appeared before me.)~~

Signature  Lisa M. Siegel
          Signature of Notary Public

LISA M. SIEGEL
Commission # 1858926
Notary Public - California
Los Angeles County
My Comm. Expires Jul 23, 2013

Place Notary Seal Above

──────────── OPTIONAL ────────────

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

RIGHT THUMBPRINT OF SIGNER #1 — Top of thumb here
RIGHT THUMBPRINT OF SIGNER #2 — Top of thumb here

Case No. 2:09-CV-1558-GMN-LRL
**Further Description of Any Attached Document**

Title or Type of Document: Verified Petition for Permission to Practice in USDC-NV

Document Date: May 30, 2011     Number of Pages: 5

Signer(s) Other Than Named Above: unknown

© 2010 National Notary Association • NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)     Item #5910

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of MORRIS PETERSON, and that the following documents were served via electronic service: **Verified Petition to Practice in This Case Only by Attorney Not Admitted to the Bar of This Court and Designation of Local Counsel – Glenn K. Vanzura**

**Attorneys for Plaintiff Lowinger:**

Ross C. Goodman -
ross@goodmanlawgroup.com

Samuel H. Rudman -
srudman@rgrdlaw.com

Brian O. O'Mara -
bomara@rgrdlaw.com

Joseph Russello -
jrussello@csgrr.com

Jeffrey Simon Abraham
jabraham@aftlaw.com

Arthur C. Leahy -
artl@rgrdlaw.com

Jack G. Fruchter
jfruchter@aftlaw.com

Jeffrey S. Abraham
jabraham@aftlaw.com

**Counsel for Interested Parties Mario Guerrero and Regina Shamberger:**

David C. O'Mara -
david@omaralaw.net

**Attorneys for Consolidated Plaintiff Khachatur Hoyhannisyan:**

Charles C. Diaz -
diazlaw@sbcglobal.net

**Counsel for Movant Robert W. Kegley Sr.:**

Griffith H. Hayes -
mtuer@cookseylaw.com

**Counsel for Plaintiff James Vidrine:**

Lee A. Drizin -
lee@leedrizin.com

Jordan L. Lurie
jlurie@weisslurie.com

**Counsel for Movant Public Pension Funds:**

Curtis B. Coulter -
ccoulter@coulterlaw.net

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

7

| | |
|---|---|
| **Counsel for Philadelphia Board of Pensions & Retirement, Luzerne County Retirement System, Arkansas Teacher Retirement System, and Stichting Penioenfonds Metaal en Techniek:** | **Counsel for Defendant MGM Mirage** |
| Curtis B. Coulter - ccoulter@coulterlaw.net | Todd Bice lit@pisanellibice.com |
| Erik Peterson - epeterson@btkmc.com | Jarrod L. Rickard jlr@pisanellibice.com |
| Ramzi Abadou - rabadou@btkmc.com | Benjamin J. Maro benjamin.maro@mto.com |
| Stacey M. Kaplan skaplan@btkmc.com | Brad D. Brian Brad.Brian@mto.com |
| David A. Rosenfeld (PHV)) - courtnotices@unioncounsel.net | George M. Garvey george.garvey@mto.com |
| Jeffrey J. Angelovich jangelovich@npraustin.com | |
| Lisa Baldwin lbaldwin@npraustin.com | |
| Christopher Nelson cnelson@btkmc.com | |
| Brad E. Seidel bradseidel@nixlawfirm.com | |
| Bradley E. Beckworth bbeckworth@nixlawfirm.com | |
| Susan Whatley susanwhatley@nixlawfirm.com | |
| Brian O. O'Mara - bomara@rgrdlaw.com | |
| Darren J. Robins e_file_sd@rgrdlaw.com | |

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

| | |
|---|---|
| **Counsel for Plaintiff Luzerne County Retirement System:** | **Counsel for Plaintiff DeKalb County Pension Fund:** |
| Curtis B. Coulter - <br> ccoulter@coulterlaw.net | M. Nelson Segel - <br> nelson@nelsonsegellaw.com |
| Erik Peterson - <br> epeterson@btkmc.com | James M. Wilson - <br> jwilson@chitwoodlaw.com |
| Ramzi Abadou - <br> rabadou@btkmc.com | Robert W. Killorin - <br> rkillorin@chitwoodlaw.com |
| | Ze'eva K. Banks - <br> zkbanks@chitwoodlaw.com |

I further certify that I am familiar with the firm's practice of collection and processing documents for mailing; that in accordance therewith, I caused the above-named document to be deposited with the U.S. Postal Service at Las Vegas, Nevada, in a sealed envelope, with first class postage prepaid, on the date and to the addressee(s) shown below:

| | |
|---|---|
| **Counsel for Plaintiff Luzerne County Retirement System and Philadelphia Board of Pensions and Retirement** <br><br> Andrew R. Muehlbauer <br> Cooksey, Toolen, Gage, Duffy & Woog <br> 535 Anton Blvd <br> 10th Floor <br> Costa Mesa, CA 92626 | **Counsel for Robert W. Kegley, Sr.** <br><br> Charles Piven <br> Yelena Trepetin <br> Brower Piven <br> 1925 Old Valley Rd. <br> Stevenson, MD 21153 |
| **Counsel for Luzern County Retirement System, Philadelphia Board of Pensions and Retirement and Arkansas Teacher Retirement System** <br><br> Darren J. Check <br> Sean M. Handler <br> 280 King of Prussia Road <br> Radnor, PA 19087 <br><br> John W. Goodson <br> Matt C. Keil <br> Keil & Goodson, PA <br> 611 Pecan Street <br> Texarkana, AR 71854 | **Counsel for Defendant MGM Mirage** <br><br> Gregory D. Phillips <br> Munger, Tolles & Olson LLP <br> 355 South Grand Avenue <br> 35th Floor <br> Los Angeles, CA 90071-1560 |

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

9

**Attorneys for Plaintiff Stichting Pensioefonds Metaal en Techniek**

Ryan A. Llorens
Darren J. Robbins
Samuel H. Rudman
Robbins Geller Rudman & Dowd LLP
655 W. Broadway, Suite 1900
San Diego, CA 92101

**Attorneys for Plaintiff James Vidrine**

Richard B. Brualdi
Sue Lee
Brualdi Law Firm, PC
29 Broadway
24th Floor
New York, NY 10006

Leigh A. Parker
Weiss & Lurie
10940 Wilshire Blvd.
23rd Floor
Los Angeles, CA 90024

Dated this 10th day of May, 2011.

By: /s/ PATRICIA FERRUGIA

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422