**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

| | |
|---|---|
| In Re MGM MIRAGE | 2:09-cv -01558-GMN-VCF |
| SECURITIES LITIGATION | **ORDER** |
| This Document Relates To: All Actions. | |

On May 11, 2012, Lead Plaintiffs filed a Motion to Partially Lift Discovery Stay due to Intentional Destruction of Relevant Evidence (#158), and an *Ex Parte* Motion for an Order Shortening Time (#160).

On May 14, 2012, Defendants filed an Objection to Plaintiffs' *Ex Parte* Motion for an Order Shortening Time (#162).

Having considered the *Ex Parte* Motion (#160), the Objection (#162), the Motion to Partially Lift Stay (#158), and the supporting evidence and arguments submitted by both sides; and good cause appearing:

IT IS HEREBY ORDERED that Plaintiffs' *Ex Parte* Motion for an Order Shortening Time is DENIED.  Pursuant to the applicable local rules, Defendants' Opposition to Lead Plaintiffs' Motion to Partially Lift Discovery Stay Due to Intentional Destruction of Relevant Evidence (#158) shall be filed and served on or before May 29, 2012, and Plaintiffs' Reply in support of their motion shall be filed on or before June, 11. 2012.  A hearing in this matter is set for June 20, 2012, at 9:30 AM in Courtroom 3B.

DATED this 15th day of May, 2012.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE