UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re MGM MIRAGE SECURITIES LITIGATION | No. 2:09-cv-01558-GMN-LRL <br><br> <u>CLASS ACTION</u> |
| This Document Relates to: <br>     ALL ACTIONS. | |

## <u>ORDER GRANTING LEAD PLAINTIFFS' MOTION FOR SUBSTITUTION OF DEFENDANT</u>

Upon consideration of Lead Plaintiffs' Motion for Substitution of Defendant, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT**:

1. The Motion for Substitution of Defendant is GRANTED; and

2. Mrs. Deborah Hower Lanni, as Co-Executor of the Estate of J. Terrence Lanni, is substituted for J. Terrence Lanni as a defendant in this action.

**IT IS SO ORDERED** this 29th day of March, 2013.

_____
Gloria M. Navarro
United States District Judge