DAVID SIEGEL (admitted *pro hac vice*)
  dsiegel@irell.com
GLENN K. VANZURA (admitted *pro hac vice*)
  gvanzura@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone:  (310) 277-1010
Facsimile:   (310) 203-7199

STEVE MORRIS (Bar No. 1543)
  sm@morrislawgroup.com
AKKE LEVIN (Bar No. 9102)
  al@morrislawgroup.com
MORRIS LAW GROUP
300 South Fourth Street - Suite 900
Las Vegas, NV 89101
Telephone:  (702) 474-9400
Facsimile:   (702) 474-9422

*Attorneys for Defendants*
JAMES J. MURREN, DANIEL J. D'ARRIGO,
ROBERT C. BALDWIN, and DEBORAH HOWER
LANNI, AS CO-EXECUTOR OF THE ESTATE OF
J. TERRENCE LANNI

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re MGM MIRAGE SECURITIES LITIGATION<br><br>This Document Relates To: All Actions. | Case No. 2:09-cv-1558-GMN-VCF<br><br>**MOTION TO REMOVE ATTORNEYS FROM ELECTRONIC SERVICE LIST IN THIS ACTION AND PROPOSED ORDER** |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2896173

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Glenn K. Vanzura, counsel of record for defendants James J. Murren, Daniel J. D'Arrigo, Robert C. Baldwin, and Deborah Hower Lanni, as Co-Executor of the Estate of J. Terrence Lanni, respectfully moves this court for an order removing from the electronic service list in this action Lillie A. Werner (lwerner@irell.com) and Kayvan B. Noroozi (KNoroozi@irell.com).

Ms. Werner and Mr. Noroozi are no longer employed by Irell & Manella LLP and are no longer counsel of record for the parties listed above.

Dated: October 10, 2013            Respectfully submitted,

　　　　　　　　　　　　　　　　　MORRIS LAW GROUP
　　　　　　　　　　　　　　　　　IRELL & MANELLA LLP


By: _/s/ Glenn K. Vanzura_
　　Glenn K. Vanzura
　　Attorneys for Defendants James J.
　　Murren, Daniel J. D'Arrigo, Robert C.
　　Baldwin, and Deborah Hower Lanni,
　　as Co-Executor of the Estate of
　　J. Terrence Lanni

IT IS ORDERED THAT Lillie A. Werner and Kayvan B. Noroozi be removed from the service list in this action.

DATED: 10-11-2013  _____

　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　UNITED STATES ~~DISTRICT~~ Magistrate ~~COURT~~ JUDGE

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send e-mail notification of such filing to all registered parties.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 10, 2013

MORRIS LAW GROUP
IRELL & MANELLA LLP

By: */s/ Glenn K. Vanzura*
    Glenn K. Vanzura
    Attorneys for Defendants James J.
    Murren, Daniel J. D'Arrigo, Robert C.
    Baldwin, and Deborah Hower Lanni,
    as Co-Executor of the Estate of
    J. Terrence Lanni