# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

In re MGM MIRAGE SECURITIES LITIGATION

2:09–cv–1558–GMN–VCF

**ORDER**

Before the court is the parties' joint stipulation regarding the proposed protective order governing confidentiality of documents and discovery (#247). After conducting a preliminary review of the stipulation, the court has determined that section 7.4, which governs court submissions containing protected material, must be amended to comply with Local Rule 10–5 and the Ninth Circuit's decision in *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). The court will enter a subsequent order containing these changes.

ACCORDINGLY, and for good cause shown,

IT IS ORDERED that the briefing schedule for the protective order is VACATED.

IT IS FURTHER ORDERED that the parties' joint stipulation is taken under SUBMISSION. A written order will follow.

IT IS SO ORDERED.

DATED this 10th day of April, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE