DAVID SIEGEL (admitted *pro hac vice*)
  dsiegel@irell.com
GLENN K. VANZURA (admitted *pro hac vice*)
  gvanzura@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone:  (310) 277-1010
Facsimile:   (310) 203-7199

STEVE MORRIS (Bar No. 1543)
  sm@morrislawgroup.com
AKKE LEVIN (Bar No. 9102)
  al@morrislawgroup.com
MORRIS LAW GROUP
300 South Fourth Street - Suite 900
Las Vegas, NV 89101
Telephone:  (702) 474-9400
Facsimile:   (702) 474-9422

*Attorneys for Defendants*
JAMES J. MURREN, DANIEL J. D'ARRIGO,
ROBERT C. BALDWIN, and DEBORAH HOWER
LANNI, AS CO-EXECUTOR OF THE ESTATE OF
J. TERRENCE LANNI

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re MGM MIRAGE SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No. 2:09-cv-1558-GMN-VCF<br><br>CLASS ACTION<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST IN THIS ACTION AND [PROPOSED] ORDER** |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3032973

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Glenn K. Vanzura, counsel of record for defendants James J. Murren, Daniel J. D'Arrigo, Robert C. Baldwin, and Deborah Hower Lanni, as Co-Executor of the Estate of J. Terrence Lanni, respectfully moves this court for an order removing from the electronic service list in this action Brandon Marsh (bmarsh@irell.com).

Mr. Marsh is no longer employed by Irell & Manella LLP and is no longer counsel of record for the parties listed above.

Dated: July 24, 2014                    Respectfully submitted,

                                        MORRIS LAW GROUP
                                        IRELL & MANELLA LLP


                                        By: _/s/ Glenn K. Vanzura_
                                            Glenn K. Vanzura
                                            Attorneys for Defendants James J.
                                            Murren, Daniel J. D'Arrigo, Robert C.
                                            Baldwin, and Deborah Hower Lanni,
                                            as Co-Executor of the Estate of
                                            J. Terrence Lanni


IT IS ORDERED THAT Brandon Marsh be removed from the service list in this action.

DATED: _____        _____
                                    UNITED STATES MAGISTRATE
                                    JUDGE

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3032973                             - 1 -

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send e-mail notification of such filing to all registered parties denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 24, 2014

MORRIS LAW GROUP
IRELL & MANELLA LLP

By: */s/ Glenn K. Vanzura*
Glenn K. Vanzura
Attorneys for Defendants James J. Murren, Daniel J. D'Arrigo, Robert C. Baldwin, and Deborah Hower Lanni, as Co-Executor of the Estate of J. Terrence Lanni

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3032973

- 2 -

**Mailing Information for a Case 2:09-cv-01558-GMN-VCF**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  rabadou@ktmc.com,yjayasuriya@ktmc.com,knguyen@ktmc.com,dcheck@ktmc.com,kweiland@ktmc.com,arobles@ktmc.com

- **Jeffrey Simon Abraham**
  jabraham@aftlaw.com

- **John P. Aldrich**
  jaldrich@johnaldrichlawfirm.com,cnelson@johnaldrichlawfirm.com,chernandez@johnaldrichlawfirm.com,traci@johnaldrichlawfirm.com,eleanor@johnaldrichlawfirm

- **Jeffrey J Angelovich**
  jangelovich@npraustin.com

- **Leland E. Backus**
  gbackus@backuslaw.com,efile@backuslaw.com

- **Lisa Baldwin**
  lbaldwin@npraustin.com

- **Ze'eva K Banks**
  zkbanks@chitwoodlaw.com,KGore@chitwoodlaw.com,LSmith@chitwoodlaw.com

- **Bradley E Beckworth**
  shelley@nixlawfirm.com,shannon@nixlawfirm.com,andreab@nixlawfirm.com

- **Todd L. Bice**
  lit@pisanellibice.com,Larry.Polon@mto.com,Laurie.Thoms@mto.com,zs@pisanellibice.com

- **Paul A Breucop**
  pbreucop@ktmc.com

- **Brad Brian**
  brad.brian@mto.com

- **William K Briggs**
  wbriggs@irell.com

- **Darren J. Check**
  dcheck@ktmc.com

- **Curtis B. Coulter**
  ccoulter@coulterlaw.net,irene@coulterlaw.net

- **Charles C. Diaz**
  diazlaw@sbcglobal.net

- **Jack G Fruchter**
  jfruchter@aftlaw.com

- **George M Garvey**
  george.garvey@mto.com

- **Ross C Goodman**
  ross@goodmanlawgroup.com,tiffanie@goodmanlawgroup.com

- **John Goodson**
  jcgoodson@kglawfirm.com,cheflin@kglawfirm.com

- **Eli R Greenstein**
  egreenstein@ktmc.com

- **Sean M. Handler**
  shandler@ktmc.com

- **Griffith H Hayes**
  mtuer@cookseylaw.com,hrainey@cookseylaw.com

- **Jennifer Joost**
  jjoost@ktmc.com

- **Stacey M. Kaplan**
  skaplan@ktmc.cm,yjayasuriya@ktmc.com,kweiland@ktmc.com,arobles@ktmc.com

- **Matt Keil**
  mkeil@kglawfirm.com

- **Robert W. Killorin**
  rkillorin@chitwoodlaw.com

- **Arthur C. Leahy**
  artl@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Akke Levin**
  al@morrislawgroup.com,vln@morrislawgroup.com

- **Ryan A. Llorens**
  ryanl@rgrdlaw.com

- **Benjamin J Maro**
  benjamin.maro@mto.com,laurie.thoms@mto.com,larry.polon@mto.com

- **Brandon Marsh**
  Brandon.Marsh@blbglaw.com,valeriel@blbglaw.com

- **Steve L. Morris**
  sm@morrislawgroup.com,paf@morrislawgroup.com

- **Andrew R. Muehlbauer**
  amuehlbauer@cookseylaw.com,ddillon@cookseylaw.com,hrainey@cookseylaw.com

- **Christopher Nelson**
  cnelson@btkmc.com

- **Brian O. O'Mara**
  bomara@rgrdlaw.com,risac@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Margaret Claire O'Sullivan**
  cosullivan@irell.com

- **Margaret Onasch**
  monasch@ktmc.com

- **Erik Peterson**
  epeterson@ktmc.com

- **Gregory D. Phillips**
  Jennifer.Lawlor@mto.com

- **Jarrod L. Rickard**
  jlr@pisanellibice.com,lit@pisanellibice.com

- **Darren J. Robbins**
  e_file_sd@rgrdlaw.com

- **David Rosenfeld**
  drosenfeld@rgrdlaw.com

- **Matthew David Rowen**
  matthew.rowen@mto.com

- **Samuel H. Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Joseph Russello**
  jrussello@csgrr.com

- **M Nelson Segel**
  nelson@nelsonsegellaw.com,diana@nelsonsegellaw.com,mediator@anv.net

- **Brad E Seidel**
  bradseidel@nixlawfirm.com,monatucker@nixlawfirm.com

- **David Siegel**
  dsiegel@irell.com,rgrazziani@irell.com,jmanzano@irell.com

- **Glenn K Vanzura**
  gvanzura@irell.com

- **Susan Whatley**
  susanwhatley@nixlawfirm.com,lbaldwin@npraustin.com

- **James M Wilson**
  jwilson@chitwoodlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Gregory          M. Castaldo
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087
```