# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

In re MGM MIRAGE SECURITIES LITIGATION

2:09-cv-01558-GMN-VCF

**ORDER**

Before the court is Defendants' Application to File Under Seal Exhibit 12 to the Declaration of George M. Garvey in Support of Defendants' Joint Opposition to Plaintiffs' Motion for Class Certification (#305). The exhibit at issue contains a six-page excerpt from the deposition of Laura Gilson. Counsel for the Arkansas Teachers' Retirement System ("ATRS") has designated Ms. Gilson's entire deposition transcript as Protected Material pursuant to Paragraph 5.3(c) of the Stipulated Protective Order entered by the court on April 15, 2014. (#251).

Defendant has filed Exhibit 12 under seal and filed this Application for sealing the exhibit based on ATRS's designation. Defense counsel has asked ATRS's counsel to withdraw the designation and ATRS's counsel has refused. ATRS bears the burden of establishing that compelling reasons exist for this court to permit Exhibit 12 to remain sealed. *Kamakana v. City & Cnty. Of Honolulu*, 47 F.3d 1172, 1178-81 (9th Cir. 2006).

Accordingly, and Good Cause Appearing,

IT IS HEREBY ORDERED that on or before 4:00 PM on March 27, 2015, any party who believes that compelling reasons exist to keep Exhibit 12 sealed, must file points and authorities supporting such sealing. Briefing thereafter will be in the ordinary course pursuant to this court's local rules. If no such

…

…

1  filing is received on or before this deadline, the court will enter a minute order unsealing Exhibit 12 (#306).

2  DATED this 12th day of March, 2015.

```
                                          _____
                                          CAM FERENBACH
                                          UNITED STATES MAGISTRATE JUDGE
```