UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

*In re* MGM MIRAGE SECURITIES LITIGATION

2:09–cv–1558–GMN–VCF

**ORDER**

Before the court is the Arkansas Teacher Retirement System's Notice (#316). On March 12, 2015, the court ordered the parties to provide "compelling reasons" why Exhibit 12 to Mr. Garvey's Declaration (#306) should remain sealed. *See* (Order #312) (citing *Kamakana v. City & Cnty. of Honolulu*, 47 F.3d 1172, 1178-81 (9th Cir. 2006)). On March 27, 2015, the Arkansas Teacher Retirement System filed the instant notice, which withdraws its designation of Exhibit 12 as protected material.

ACCORDINGLY, and for good cause shown,

IT IS ORDERED that Exhibit 12 (#306) is UNSEALED.

IT IS SO ORDERED.

DATED this 30th day of March, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE