GEORGE M. GARVEY (admitted *pro hac vice*)
george.garvey@mto.com
GREGORY D. PHILLIPS (admitted *pro hac vice*)
gregory.phillips@mto.com
BENJAMIN J. MARO (admitted *pro hac vice*)
benjamin.maro@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California  90071-1560
Telephone: (213) 683-9100
Facsimile:  (213) 687-3702

TODD L. BICE (Bar No. 4534)
tlb@pisanelli.com
PISANELLI BICE, PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

Attorneys for Defendant
MGM RESORTS INTERNATIONAL

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| In re MGM MIRAGE SECURITIES LITIGATION | No. 2:09-cv-01558-GMN-VCF<br><br>CLASS ACTION<br><br>JOINT STIPULATION AND ORDER TO HOLD DECISION ON CLASS CERTIFICATION MOTION IN ABEYANCE PENDING MEDIATION<br><br>Judge:    Hon. Judge Navarro<br>Judge:    Hon. Magistrate Judge Ferenbach |

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CLASS CERTIFICATION DECISION

Lead Plaintiffs[1] and Defendants[2] (together, the "Parties"), by and through counsel, hereby stipulate to request that the Court hold its decision on Plaintiffs' Motion for Class Certification (Dkt. No. 283) in abeyance for at least an additional 30 days, as set forth below.

### A.    Background on Motion for Class Certification

Plaintiffs filed their Motion for Class Certification (Dkt No. 283) on November 12, 2014. Defendants filed their Opposition to Plaintiffs' Motion for Class Certification (Dkt. No. 303) on February 2, 2015.  Plaintiffs filed their Reply in Support of their Motion for Class Certification (Dkt No. 319) on April 2, 2015.  The Court heard oral argument on Plaintiffs' Motion for Class Certification on April 21, 2015 and took the motion under submission.

### B.    Reasons for Requested Relief

On May 13, 2015, the Parties participated in a mediation of this matter before the Honorable Judge Layn R. Phillips, former United States District Judge for the Western District of Oklahoma.  Following that mediation session, Judge Phillips recommended a second mediation session.  In the interim, Judge Phillips recommended that the Parties agree to a 40-day stand down of the litigation to preserve insurance proceeds and that the Parties jointly request that the Court extend all of the current deadlines in the Scheduling Order by 40 days.  Judge Phillips also recommended that the Parties agree to jointly request that the Court hold its decision on Plaintiffs' Motion for Class Certification (Dkt. No. 283) in abeyance until at least the expiration of the 40-day stand down.  The Parties submitted a stipulation on May 19, 2015 to effectuate Judge Phillips' recommendation with respect to a decision on Plaintiffs' class certification motion (Dkt. No. 339) and the Court signed that stipulation on May 21, 2015 (Dkt. No. 342).

On June 10, 2015, the parties participated in a second mediation session before Judge Phillips and since June 10, Judge Phillips has continued to assist the Parties with settlement

---

[1]  "Lead Plaintiffs" refers to Arkansas Teacher Retirement System, Philadelphia Board of Pensions and Retirement, Luzerne County Retirement System, and Stichting Pensioenfonds Metaal en Techniek.

[2]  "Defendants" refers to MGM Resorts International ("MGM"), James J. Murren, Daniel J. D'Arrigo, Robert C. Baldwin, and Deborah Hower Lanni, as Co-Executor of the Estate of J. Terrence Lanni.

1  negotiations.  Judge Phillips has now again recommended that the Parties jointly request that the
2  Court hold its decision on Plaintiffs' Motion for Class Certification (Dkt. No. 283) in abeyance
3  until at least another 30 days and to extend all of the current deadlines in the Scheduling Order by
4  30 days.[3]  The Parties have accepted that recommendation and therefore submit this stipulation.

*IT IS ACCORDINGLY STIPULATED*, by and between the undersigned counsel for the Parties, that the Parties jointly request that the Court hold its decision on Plaintiffs' Motion for Class Certification (Dkt. No. 283) in abeyance and not issue, file, or publish any decision on that motion for at least 30 days – *i.e.*, until at least July 29, 2015.

DATED:  June 29, 2015          Respectfully submitted,

                               NIX, PATTERSON & ROACH, LLP


                                    */s/ Jeffrey J. Angelovich*
                               JEFFREY J. ANGELOVICH

                               *On behalf of Lead Counsel for Plaintiffs*, including
                               KESSLER TOPAZ MELTZER & CHECK LLP
                               and ROBBINS GELLER RUDMAN & DOWD LLP

DATED:  June 29, 2015          PISANELLI BICE, PLLC
                               MUNGER, TOLLES & OLSON LLP


                                    */s/ George M. Garvey*
                               GEORGE M. GARVEY

                               Attorneys for Defendant
                               MGM RESORTS INTERNATIONAL

DATED:  June 29, 2015          MORRIS LAW GROUP
                               IRELL & MANELLA LLP


                                    */s/ Glenn K. Vanzura*
                               GLENN K. VANZURA

---

[3] The Parties have submitted a separate stipulation to Magistrate Judge Ferenbach to address the scheduling issues recommended by Judge Phillips.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Attorneys for Defendants
JAMES J. MURREN, DANIEL J. D'ARRIGO, ROBERT C. BALDWIN, and DEBORAH HOWER LANNI, AS CO-EXECUTOR OF THE ESTATE OF J. TERRENCE LANNI

## Order

**IT IS SO ORDERED**, this 7th day of July, 2015, that the Court will hold its decision on Plaintiffs' Motion for Class Certification (Dkt. No. 283) in abeyance and not issue, file, or publish any decision for at least 30 days – *i.e.*, until at least July 29, 2015.

DATED this 7th day of July, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court

I, Benjamin J. Maro, am the ECF User whose ID and password are being used to file this Joint Stipulation and [Proposed] Order to Hold Decision on Class Certification Motion In Abeyance Pending Mediation. I hereby attest that Jeffrey J. Angelovich, Glenn K. Vanzura, and George M. Garvey have concurred in this filing.

DATED: June 29, 2015            By: */s/ Benjamin J. Maro*
                                          Benjamin J. Maro

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send e-mail notification of such filing to all registered parties. I further certify that the foregoing document will be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: June 29, 2015                    PISANELLI BICE, PLLC
                                        MUNGER, TOLLES & OLSON LLP

                                        By:   */s/ Benjamin J. Maro*

                                        *Attorneys for Defendant*
                                        *MGM RESORTS INTERNATIONAL*

# Mailing Information for a Case 2:09-cv-01558-GMN-VCF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  Ramzi.Abadou@ksfcounsel.com,yjayasuriya@ktmc.com,knguyen@ktmc.com,dcheck@ktmc.com,kweila

- **Jeffrey Simon Abraham**
  jabraham@aftlaw.com

- **John P. Aldrich**
  jaldrich@johnaldrichlawfirm.com,traci@johnaldrichlawfirm.com,eleanor@johnaldrichlawfirm.com,sorme

- **Matthew I Alpert**
  malpert@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jeffrey J Angelovich**
  jangelovich@npraustin.com

- **Leland E. Backus**
  gbackus@backuslaw.com,efile@backuslaw.com

- **Lisa Baldwin**
  lbaldwin@npraustin.com

- **Ze'eva K Banks**
  zkbanks@chitwoodlaw.com,KGore@chitwoodlaw.com,LSmith@chitwoodlaw.com

- **Nathan W. Bear**
  nbear@rgrdlaw.com

- **Bradley E Beckworth**
  shelley@nixlawfirm.com,shannon@nixlawfirm.com,andreab@nixlawfirm.com

- **Todd L. Bice**
  lit@pisanellibice.com,Larry.Polon@mto.com,Laurie.Thoms@mto.com,smt@pisanellibice.com

- **Samuel Boyd**
  samuel.boyd@mto.com,monica.walker@mto.com

- **Paul A Breucop**
  pbreucop@ktmc.com,jhouston@ktmc.com,yjayasuriya@ktmc.com

- **Brad Brian**
  brad.brian@mto.com

- **William K Briggs**

wbriggs@irell.com

- **Darren J. Check**
  dcheck@ktmc.com,namjed@ktmc.com

- **Curtis B. Coulter**
  ccoulter@coulterlaw.net,julie@coulterlaw.net,irene@coulterlaw.net

- **Charles C. Diaz**
  diazlaw@sbcglobal.net

- **Lloyd Nolan Duck , III**
  treyduck@nixlawfirm.com

- **Charles Elder**
  celder@irell.com

- **Jack G Fruchter**
  jfruchter@aftlaw.com

- **George M Garvey**
  george.garvey@mto.com,samantha.booth@mto.com,glenda.hunt@mto.com

- **Ross C Goodman**
  ross@goodmanlawgroup.com,tiffanie@goodmanlawgroup.com

- **John Goodson**
  jcgoodson@kglawfirm.com,cheflin@kglawfirm.com

- **Eli R Greenstein**
  egreenstein@ktmc.com,jhouston@ktmc.com,rnathcook@ktmc.com,yjayasuriya@ktmc.com

- **Keith R.D. Hamilton , II**
  keith.hamilton@mto.com

- **Sean M. Handler**
  shandler@ktmc.com

- **Griffith H Hayes**
  mtuer@cookseylaw.com,hrainey@cookseylaw.com

- **John C. Hull**
  johnhull@nixlawfirm.com

- **Jennifer Joost**
  jjoost@ktmc.com,amarshall@ktmc.com,jhouston@ktmc.com,yjayasuriya@ktmc.com

- **Stacey M. Kaplan**
  skaplan@ktmc.cm,amarshall@ktmc.com,jhouston@ktmc.com,yjayasuriya@ktmc.com,kweiland@ktmc.co

- **Matt Keil**

mkeil@kglawfirm.com

- **Robert W. Killorin**
  rkillorin@chitwoodlaw.com

- **Arthur C. Leahy**
  artl@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Akke Levin**
  al@morrislawgroup.com,vln@morrislawgroup.com

- **Ryan A. Llorens**
  ryanl@rgrdlaw.com

- **William A. S. Magrath , II**
  wmagrath@mcdonaldcarano.com,kmorris@mcdonaldcarano.com

- **Benjamin J Maro**
  benjamin.maro@mto.com,laurie.thoms@mto.com,larry.polon@mto.com

- **Steve L. Morris**
  sm@morrislawgroup.com,paf@morrislawgroup.com

- **Andrew R. Muehlbauer**
  andrew@mlolegal.com,witty@mlolegal.com,hrainey@cookseylaw.com

- **Christopher Nelson**
  cnelson@btkmc.com

- **Ivy T. Ngo**
  ingo@rgrdlaw.com

- **Brian O. O'Mara**
  bomara@rgrdlaw.com,jillk@rgrdlaw.com,risac@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Margaret Claire O'Sullivan**
  cosullivan@irell.com

- **George F. Ogilvie , III**
  gogilvie@mcdonaldcarano.com,kbarrett@mcdonaldcarano.com

- **Margaret Onasch**
  monasch@ktmc.com

- **Erik Peterson**
  epeterson@ktmc.com

- **Gregory D. Phillips**
  Jennifer.Lawlor@mto.com

- **Jarrod L. Rickard**

jlr@pisanellibice.com,lit@pisanellibice.com,smt@pisanellibice.com

- **Darren J. Robbins**
  e_file_sd@rgrdlaw.com

- **David Rosenfeld**
  drosenfeld@rgrdlaw.com

- **Matthew David Rowen**
  matthew.rowen@mto.com

- **Meghan Alexandra Royal**
  aroyal@rgrdlaw.com

- **Samuel H. Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Joseph Russello**
  jrussello@csgrr.com

- **M Nelson Segel**
  nelson@nelsonsegel.com,diana@nelsonsegellaw.com

- **David Siegel**
  dsiegel@irell.com,rgrazziani@irell.com,jmanzano@irell.com

- **Rosa Solis-Rainey**
  rsr@morrislawgroup.com,fmi@morrislawgroup.com

- **Glenn K Vanzura**
  gvanzura@irell.com

- **Susan Whatley**
  susanwhatley@nixlawfirm.com,lbaldwin@npraustin.com

- **James M Wilson**
  jwilson@chitwoodlaw.com

- **Amanda C Yen**
  ayen@mcdonaldcarano.com,dsampson@mcdonaldcarano.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Samantha          Clark Booth
Munger, Tolles & Olson, LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
```

```
Gregory           M. Castaldo
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087


Colin             Thomas Roth
Irell & Manella LLP
1800 Ave. of the Stars Ste 900
Los Angeles, CA 90067
```