KESSLER TOPAZ MELTZER
  & CHECK, LLP
ELI R. GREENSTEIN (*Pro Hac Vice*)
JENNIFER L. JOOST (*Pro Hac Vice*)
PAUL A. BREUCOP (*Pro Hac Vice*)
One Sansome Street, Suite 1850
San Francisco, CA  94104
Telephone:  415/400-3000
415/400-3001 (fax)
       – and –
GREGORY M. CASTALDO (*Pro Hac Vice*)
280 King of Prussia Rd.
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
ARTHUR C. LEAHY (*Pro Hac Vice*)
ELLEN GUSIKOFF STEWART (*Pro Hac Vice*)
BRIAN O. O'MARA (Nevada Bar #8214)
RYAN A. LLORENS (*Pro Hac Vice*)
MATTHEW I. ALPERT (*Pro Hac Vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

NIX PATTERSON & ROACH, LLP
BRADLEY E. BECKWORTH (*Pro Hac Vice*)
JEFFREY J. ANGELOVICH (*Pro Hac Vice*)
SUSAN WHATLEY (*Pro Hac Vice*)
LISA P. BALDWIN (*Pro Hac Vice*)
205 Linda Drive
Daingerfield, TX  75638
Telephone:  903/645-7333
903/645-4415 (fax)

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re MGM MIRAGE SECURITIES LITIGATION | )<br>)<br>) No. 2:09-cv-01558-GMN-VCF<br>)<br>) CLASS ACTION<br>) |
| This Document Relates To:<br><br>    ALL ACTIONS. | )<br>) [PROPOSED] ORDER AWARDING<br>) ATTORNEYS' FEES AND EXPENSES AND<br>) LEAD PLAINTIFFS' EXPENSES<br>) PURSUANT TO 15 U.S.C. §78u-4(a)(4)<br>) |

DATE:   March 1, 2016
TIME:   9:00 a.m.
CTRM:  The Honorable Gloria M. Navarro

THIS MATTER having come before the Court on March 1, 2016, on the motion of Lead Plaintiffs for an Award of Attorneys' Fees and Expenses to Lead Counsel and Awards to Lead Plaintiffs (the "Motion") (Dkt. No. 358) in the above-captioned action; the Court, having considered all papers filed and proceedings conducted herein, having found the Settlement of the Action to be fair, reasonable and adequate, and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.    For purposes of this Order, the capitalized terms used herein shall have the same meanings as set forth in the Stipulation and Agreement of Settlement dated August 28, 2015 (the "Settlement Agreement"), and filed with the Court.

2.    The Court has jurisdiction to enter this Order.  This Court has jurisdiction over the subject matter of the Motion and all matters relating thereto, and over all Settling Parties to the Action, including all members of the Class who have not timely and validly requested exclusion.

3.    Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, the Court finds and concludes that due and adequate notice of the Motion was directed to all Persons and entities who are Class Members, including individual notice to those who could be identified with reasonable effort, advising them of the Motion and of their right to object thereto, and a full and fair opportunity was accorded to all Persons and entities who are Class Members to be heard with respect to the Motion.

4.    The Court hereby awards Lead Counsel attorneys' fees of 25% of the Settlement Amount and expenses of $1,937,528.73 together with the interest earned thereon for the same time period and at the same rate as that earned by the Settlement Amount until paid.  The foregoing attorneys' fees and expenses shall be paid from the Settlement Fund in accordance with the terms of

- 2 -

the Settlement Agreement.  The Court finds that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method, which is the preferred method for awarding fees in common fund cases in the Ninth Circuit, considering, among other things, the substantial risks of no recovery; the result obtained for the Class; the awarded fee is in accord with the Ninth Circuit's benchmark fee award and consistent with empirical data regarding fee awards in cases of this size; the quality and extent of legal services provided by Lead Counsel that produced the Settlement; Lead Plaintiffs appointed by the Court to represent the Class reviewed and approved the requested fee; and the reaction of the Class to the fee request supports the fee awarded.

5.   Pursuant to 15 U.S.C. §78u-4(a)(4), the Court hereby awards Lead Plaintiffs for their costs and expenses directly related to their representation of the Class as follows:  $11,853.00 to Arkansas Teacher Retirement System; $4,400.00 to Philadelphia Board of Pensions and Retirement; $5,075.00 to Luzerne County Retirement System; and $11,300.00 to Stichting Pensioenfonds Metaal en Techniek.

6.   The Court has considered the objections filed by Nickolas A. Kacprowski, Colorado Public Employees' Retirement Association, National Automatic Sprinkler Industry Pension Fund and William E. Stafford, Jr., and finds them to be without merit.  Therefore, the Court overrules them in their entirety.

7.   The awarded attorneys' fees and expenses, and interest earned thereon, shall be paid to Lead Counsel from the Settlement Fund immediately after the date this Order is executed subject to the terms, conditions, and obligations of the Settlement Agreement, which terms, conditions, and obligations are incorporated herein.

- 3 -

8. Jurisdiction is hereby retained over the Settling Parties and Class Members for all matters relating to this Action, including the administration, interpretation, effectuation or enforcement of the Settlement Agreement and this Order.

9. The Court directs immediate entry of this Order by the Clerk of the Court.

IT IS SO ORDERED.

DATED: __March 1, 2016__   _____
THE HONORABLE GLORIA M. NAVARRO
CHIEF UNITED STATES DISTRICT JUDGE